IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                        14-CR-102-S

GREGORY KWIATKOWSKI,

                      Defendant.

## GOVERNMENT'S NOTICE
## OF MOTION TO ADJOURN SENTENCING

PLEASE TAKE NOTICE that the United States moves the Court to adjourn the date set for sentencing of defendant GREGORY KWIATKOWSKI, currently scheduled for March 14, 2018, to a date convenient with the Court during the month of June, 2018. The motion is based upon an accompanying Affidavit of Assistant United States Attorney Aaron J. Mango.

DATED:     Buffalo, New York, February 15, 2018.

                                        JAMES P. KENNEDY, JR.
                                        United States Attorney

            BY:    *S/AARON J. MANGO*
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        138 Delaware Avenue
                        Buffalo, New York  14202
                        (716) 843-5882
                        Aaron.Mango@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                                          14-CR-102-S

GREGORY KWIATKOWSKI,

                            Defendant.

# **A F F I D A V I T**

STATE OF NEW YORK  )
COUNTY OF ERIE      )  *SS:*
CITY OF BUFFALO    )

      **AARON J. MANGO**, being duly sworn, deposes and states:

      1.      I am an Assistant U.S. Attorney for the Western District of New York and am assigned to prosecute the above-captioned case. This affidavit is made in support of the government's motion to adjourn the date set for sentencing of defendant Gregory Kwiatkowski to a date convenient with the Court during the month of June, 2018.

      2.      Sentencing for Defendant Gregory Kwiatkowski is currently scheduled for March 14, 2018, before the Hon. William M. Skretny.

3. The trial with regard to the remaining co-defendants, Raymond Krug and Joseph Wendel, is scheduled to commence on May 8, 2018 before Judge Skretny. The government and counsel for the defendant request that sentencing in this matter occur following the trial of co-defendants Krug and Wendel.

4. I have spoken to counsel for the defendant, Justin Ginter, who assents to this motion and therefore, the parties request that the sentencing for defendant Gregory Kwiatkowski be rescheduled to a date convenient with the Court during the month of June, 2018.

**WHEREFORE**, for the foregoing reason, the government respectfully requests that the Court grant the government's motion to adjourn the date set for sentencing of defendant to a date convenient with the Court during the month of June, 2018.

*S/AARON J. MANGO*
AARON J. MANGO

Sworn to before me this 15th day of
February, 2018.

*S/ KATHLEEN M. RIEMAN*
KATHLEEN M. RIEMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 9-23-21